UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re *Ex Parte* Application of SANDOZ CANADA INC. for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782,<br><br>Petitioner. | Misc. Case No. MC-_____ |

## *EX PARTE* APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Petitioner Sandoz Canada Inc. hereby moves *ex parte* for an order to conduct discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782. In support thereof, Petitioner incorporates by reference herein its memorandum of law and exhibits thereto. A proposed form of Order is attached.

Dated: March 5, 2020

By: *Brian Prew*_____

Brian Prew
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-3129
Email: prewb@gtlaw.com

*Of Counsel*

Jonathan D. Ball, Ph.D.
Jeffrey R. Colin
**Greenberg Traurig, LLP**
MetLife Building
200 Park Avenue
New York, NY 10166

1

Tel: (212) 801-2223
Email: ballj@gtlaw.com
Email: colinj@gtlaw.com

*Attorneys for Sandoz Canada Inc.*

*ACTIVE 49219140v1*