# Exhibit 5



Federal Court　　　　　Cour fédérale

Appendix "1" to the Order dated November 25, 2019

Court File Nos.: T-704-19<br>T-705-19<br>T-708-19

## FEDERAL COURT

BETWEEN:



**HOFFMANN-LA ROCHE LIMITED
AND INTERMUNE, INC.**

Plaintiffs

and

**SANDOZ CANADA INC.**

Defendant

<u>COMMISSION</u>

- 2 -

## COMMISSION

TO: A Commissioner to be named by the Presiding Judge of the United States District Court for the District of New Jersey

YOU HAVE BEEN APPOINTED A COMMISSIONER for the purpose of taking evidence in a proceeding now pending in this Court by order of the Court made on November 25, 2019, a copy of which is attached.

YOU ARE GIVEN FULL AUTHORITY to do all things necessary for taking the evidence mentioned in the order authorizing this Commission.

You are to send to this Court a transcript of the evidence taken, together with this Commission, forthwith after the transcript is completed.

In carrying out this commission, you are to follow the terms of the attached order and the instructions contained in this Commission.

THIS COMMISSION is signed and sealed by order of the Court.

Date: NOV 25 2019    Issued by: [signature]   JAKE SCHUTZ
                                              REGISTRY OFFICER
                                              AGENT DU GREFFE

Address of local office:   180 Queen Street West
                           Suite 200
                           Toronto, Ontario
                           M5V 3L6
                           CANADA

## INSTRUCTIONS TO COMMISSIONER

1.  Before acting on this Commission, you must take the oath (or affirmation) set out below. You may do so before any person authorized pursuant to subsection 54(2) of the *Federal Courts Act* to take affidavits or administer oaths outside of Canada.

> I, *(name)* swear *(or affirm)* that I will, according to the best of my skill and knowledge, truly and faithfully and without partiality to any of the parties to this proceeding, take the evidence of every witness examined under this commission, and cause the evidence to be transcribed and forwarded to the Court. (In *an oath, conclude: So help me God.*)

Sworn *(or Affirmed)* before me at the *(City, Town, etc.)* of *(name)* in the *(State, Country, etc.)* of *(name)* on *(date)*.

_____   _____
*(Signature and office of person before whom oath or affirmation is taken)*   *(Signature of Commissioner)*


2.  The examining party is required to give the person to be examined at least 10 days' notice of the examination and, where the order so provides, to pay attendance money to the person to be examined.

3.  You must arrange to have the evidence before you recorded and transcribed. You are to administer the following oath (*or affirmation*) to the person who records and transcribes the evidence:

> You swear (*or affirm*) that you will truly and faithfully record and transcribe all questions put to all witnesses and their answers in accordance with the directions of the commissioner. (*In an oath, conclude: So help you God.*)

4.  On consent of the parties, or where the order for this Commission provides for it, the examination may be recorded on videotape or other similar medium.

- 4 -

5. You are to administer the following oath (*or affirmation*) to each witness whose evidence is to be taken:

> You swear (*or affirm*) that the evidence to be given by you touching the matters in question between the parties to this proceeding shall be the truth, the whole truth, and nothing but the truth. (*In an oath, conclude: So help you God.*)

6. Where a witness does not understand the language or is deaf or mute, the evidence of the witness must be given through an interpreter. You are to administer the following oath (*or affirmation*) to the interpreter:

> You swear (*or affirm*) that you understand the (*language of witness*) language and the language in which the examination is to be conducted and that you will truly interpret the oath (or affirmation) to the witness, all questions put to the witness and the answers of the witness, to the best of your skill and understanding. (*In an oath, conclude: So help you God.*)

7. You are to attach to this Commission the transcript of the evidence and the exhibits, and any videotape or other recording of the examination. You are to complete the certificate set out below, and mail this Commission, the transcript, the exhibits and any videotape or other recording of the examination to the office of the Court where the Commission was issued. You are to keep a copy of the transcript and, where practicable, a copy of the exhibits until the Court disposes of this proceeding. Forthwith after you mail this Commission and the accompanying material to the Court, you are to notify the parties who appeared at the examination that you have done so.

## CERTIFICATE OF COMMISSIONER

I, (*name*), certify that:

1. I administered the proper oath (*or affirmation*) to the person who recorded and transcribed the evidence, to the witness the transcript of whose evidence is attached and to any interpreter through whom the evidence was given.

2. The evidence of the witness was properly taken.

3. The evidence of the witness was properly transcribed.

(*Date*)

_____
(*Signature of Commissioner*)