UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re *Ex Parte* Application of SANDOZ CANADA INC. for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782, <br><br> Petitioner. | ) ) ) ) ) ) ) ) ) ) ) ) )   Misc. Case No. MC-_____ |

**[PROPOSED] ORDER**

This case comes before the Court on the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for use in Foreign Proceedings, (the "Application"), filed by Petitioner Sandoz Canada Inc. on March 2, 2020. This Court, having reviewed the Application, the Memorandum of Law in Support thereof and the exhibits thereto, including the proposed subpoena, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241 (2004), weigh in favor of granting Petitioner's Application.

It is therefore ORDERED that Petitioner is granted leave to serve the subpoena attached as Exhibit 6 on Ronald Vladyka.

IT IS SO ORDERED.

Dated: _____, 2020

_____
United States District Judge